IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFFREY DICKEY,<br>individually and on behalf of all others<br>similarly situated.<br><br>    Plaintiff,<br><br>v.<br><br>LEADS NATIONAL CORP. and<br>RAPID ADVANCE CANADA, LLC<br><br>    Defendants. | CAUSE NO. 4:16-CV-30 |

**DEFENDANT LEADS NATIONAL CORP.
NOTICE OF BANKRUPTCY FILING
AUTOMATIC STAY
11 U.S.C. §362(A)**

TO THE HONORABLE COURT AND TO ALL COUNSEL OF RECORD:

DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES,

Defendant, LEADS NATIONAL CORP., hereby files this Notice of Automatic Stay pursuant to 11 U.S.C. §362(a), pursuant to its bankruptcy filing, United States Bankruptcy Court, Central District of California, Santa Ana Division, Case No. 8:16-bk-14095, Judge Theodore Albert. (See Cert. of Bankruptcy Filing, Attached as Exhibit "A.")

Respectfully submitted.

DATED:  October 2, 2016

        SOUTHERN CALIFORNIA LAWYERS GROUP
        A Professional Law Corporation


By:    */S/ Eric C. Morris*_____

        Eric C. Morris
        emorris@lawsclg.com
        State Bar No. 243425 (California)
        (*Pro Hac Vice*)
        Attorney- In - Charge
        5861 Pine Avenue, Suite A
        Chino Hills, CA 91709
        Phone: (909) 466-4400
        Fax: (909) 839-5004 Fax
        emorris@lawsclg.com

        **Attorneys for Defendant,**
        **Leads National Corp.**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Plaintiffs, Mr. Jarrett Ellzey regarding the above.

*s/ Eric C. Morris*_____

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on the following counsel of record by email and was filed on October 2, 2016 in compliance with Local Rule 5.

   W. Craft Hughes- craft@hughesellzey.com
   Jarrett Ellzey- jarrett@hughesellzey.com
   2700 Post Oak Blvd., Ste 1120
   Galleria Tower I
   Houston, Texas 77056
   Phone (713) 554-2377
   Fax: (888) 995-3335

*s/ Eric C. Morris*_____

United States Bankruptcy Court
Central District of California

# Notice of Bankruptcy Case Filing



FILED
09/30/2016
7:15 PM

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 09/30/2016 at 7:15 PM and filed on 09/30/2016.

**Leeds National Corp.**
3848 Campus Drive #218
Newport Beach, CA 92660
Tax ID / EIN: 46-5241803

The case was filed by the debtor's attorney:

**Andrew S Bisom**
The Bisom Law Group
300 Spectrum Center Drive, Ste. 1170
Irvine, CA 92618
714-643-8900

The bankruptcy trustee is:

**Richard A Marshack (TR)**
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777

The case was assigned case number 8:16-bk-14095-TA to Judge Theodor Albert.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 411 West Fourth Street, Suite 2030,, Santa Ana, CA 92701-4593.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

<u>*EXHIBIT "A"*</u>

**Kathleen J. Campbell
Clerk, U.S. Bankruptcy**