United States District Court
Southern District of Texas
**ENTERED**
February 13, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFFREY DICKEY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-00030 |
| § | |
| LEADS NATIONAL CORP., *et al*, § | |
| § | |
| Defendants. § | |

### ORDER

Pursuant to Defendant's Notice of Bankruptcy Filing and Automatic Stay, Doc. 30, the Court hereby

**ORDERS** the Clerk of the Court to **ADMINISTRATIVELY CLOSE** this case. Accordingly, all pending motions are now **MOOT**. The Court further

**ORDERS** the parties to notify the Court when Defendant's bankruptcy is discharged and the automatic stay lifted, should Plaintiff wish to revive his claims at that time.

SIGNED at Houston, Texas, this 9th day of February, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE